

# IN THE
# TENTH COURT OF APPEALS

## No. 10-17-00073-CV

## IN THE MATTER OF A.J., A JUVENILE

**From the 272nd District Court
Brazos County, Texas
Trial Court No. 418-J-15**

## MEMORANDUM OPINION

Appellant has filed a motion to dismiss this appeal. The Court grants appellant's motion.

Accordingly, this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
　　　Justice Davis, and
　　　Justice Scoggins
Appeal dismissed
Opinion delivered and filed May 3, 2017
[CV06]

